IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01114–KMT–BNB

TRACY L. HIGHTOWER-HENNE, and
THOMAS HENNE,

      Plaintiffs,

v.

LEONARD M. GELMAN,

      Defendant.

## ORDER AND ORDER OF REFERENCE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge Christine M. Arguello and was assigned to Magistrate Judge Kathleen M. Tafoya on June 24, 2011. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge Arguello on April 29, 2011 (Docket No. 5), is **VACATED**. It is further

**ORDERED** that the Final Pretrial Conference is set for **January 4, 2012, at 10:00 a.m.** in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver,

Colorado.  The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date.  The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

Dated this 28th day of June, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge